**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ignacio PINEDA–BERMUDEZ,
Defendant–Appellant.**

No. 01–4253.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 12, 2001.

Decided Dec. 20, 2001.

David B. Freedman, White & Crumpler, Winston Salem, North Carolina, for Appellant. Benjamin H. White, Jr., United States Attorney, Steven H. Levin, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Ignacio Pineda–Bermudez appeals his conviction and sentence following his unconditional guilty plea to possession with intent to distribute cocaine hydrochloride, in violation of 21 U.S.C.A. §§ 841(a)(1), (b)(1)(B) (West 1999). Because Pineda Bermudez waived his right to challenge pre-trial suppression issues when he failed to enter a conditional plea pursuant to Fed.R.Crim.P. 11(a)(2), we affirm. *See* Fed.R.Crim.P. 11(a)(2); *United States v. Willis,* 992 F.2d 489, 490 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*